UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**SUZANNE HOWES,**

    Plaintiff,

v.                                      CASE NO.    3:17-cv-118-J-25MCR

**CAPITAL ONE BANK,**

    Defendant.

_____

## O R D E R

Pursuant to the parties' Stipulation (Dkt. 15), it is

**ORDERED** that this action is **DISMISSED with prejudice**.

**DONE AND ORDERED** at Jacksonville, Florida this 6th day of December, 2017.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to: Counsel of Record